UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADALBERTO R. SERRANO,<br><br>    Plaintiff,<br><br>v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:15-CV-00380 VEB<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS' FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Attorneys' Fees (Docket No. 26) and the Court having given the matter due deliberation, it is hereby:

ORDERED that the Commissioner shall pay attorneys' fees and expenses in the amount of FOUR THOUSAND ONE HUNDRED SIXTY-SIX DOLLARS and FORTY-THREE CENTS ($4,166.43), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: September 26, 2016

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE